OPINION — AG — QUESTION: IT IS DESIRED THAT YOU RENDER THE UNDERSIGNED YOUR OPINION ON THE AUTHORITY OF THE STATE SENATE TO AMEND LEGISLATION ORIGINATING IN THE HOUSE OF REPRESENTATIVES WHICH WOULD RESULT IN THE RAISING OF REVENUE THROUGH TAXATION IF ENACTED INTO LAW? ANSWER: THE STATE SENATE IS AUTHORIZED TO AMEND ENGROSSED HOUSE BILL NO. 511 BY INCREASING THE RATE OF TAXATION. CITE: ARTICLE V, SECTION 30, ARTICLE V, SECTION 33 (BRUCK BAILEY)